```
                                    FILED IN THE U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF WASHINGTON
```

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Courtney R. Pratten
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FEB 13 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

       Plaintiff,

 v.

KELLY BALLES,

       Defendant.

1:24-CR-2010-MKD

INDICTMENT

Vio: 18 U.S.C. §§ 922(g), 924(a)(8)
Felon in Possession of a Firearm

18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c)
Forfeiture Allegation

The Grand Jury charges:

On or about December 2, 2023, in the Eastern District of Washington, the Defendant, KELLY BALLES, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Smith & Wesson Model M&P Bodyguard 380, .380 auto caliber pistol bearing serial number KET3291, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

## NOTICE OF CRIMINAL FORFEITURE ALLEGATION

The allegation set forth in this Indictment is hereby realleged and incorporated herein by this reference for the purpose of alleging forfeiture.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 922(g)(1) and § 924(a)(8), as set forth in this Indictment, the Defendant, KELLY BALLES, shall forfeit to the United States of America any firearm, ammunition, and accessories involved or used in the commission of the offense, including, but not limited to:

- a Smith & Wesson Model M&P Bodyguard 380, .380 auto caliber pistol bearing serial number KET3291, and loaded ammunition.

DATED this 13th day of February, 2024.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*[signature]*
Courtney R. Pratten
Assistant United States Attorney

INDICTMENT – 2